UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                            CASE NO. 2:21-CR-20021-001

JASMINE MOLINA                                              DEFENDANT

## **ORDER**

The Court ADOPTS the report and recommendation (Doc. 21) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment.  The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 26h day of August, 2021.

/s/ P. K. Holmes, III

P.K. HOLMES III
U.S. DISTRICT JUDGE